NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAZZ PHARMACEUTICALS, INC.,**
*Appellant*

**v.**

**PAR PHARMACEUTICAL, INC., AMNEAL PHARMACEUTICALS, LLC,**
*Appellees*

---

2017-1671, -1673, -1674, -1675, -1676, -1677

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00545, IPR2015-00546, IPR2015-00547, IPR2015-00548, IPR2015-00551, and IPR2015-00554.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the six appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The Certified Lists are due no later than April 4, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32